IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**CARLY COUNCE, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 4:20-cv-30-RWS

**SRS DISTRIBUTION, INC., and**     **DEFENDANTS**
**ADVANCED BUILDING PRODUCTS, INC.**

## **JOINT NOTICE OF SETTLEMENT**

The purpose of this Joint Notice of Settlement is to apprise the Court that Plaintiff and Defendants have reached a settlement in principle that will resolve all claims asserted by Plaintiff on an individual basis, including attorneys' fees and costs. The parties are in the process of finalizing settlement terms and expect to file a Joint Stipulation of Dismissal with Prejudice within twenty-one (21) days from the filing of this Notice of Settlement.

Respectfully submitted,

**CARLY COUNCE, Individually and on Behalf of all Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
ONE FINANCIAL CENTER
650 S. SHACKLEFORD SUITE 411
LITTLE ROCK, ARKANSAS 72211
TELEPHONE: (501) 221-0088
FACSIMILE: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

and **DEFENDANTS SRS DISTRIBUTIONS, INC., and ADVANCED BUILDING PRODUCTS, INC.**

OGLETREE, DEAKINS, NASH, SMOAKES AND STEWART, P.C.
8117 PRESTON ROAD, SUITE 500
DALLAS, TEXAS 75225
TELEPHONE: (214) 624-1153
FACSIMILE: (214) 987-3926

*/s/ John B. Brown*
John B. Brown
Tex. Bar No. 00793412
john.brown@ogletreedeakins.com